**De Luxe Motor Cab Company et al., appellees, v. William E. Dever, mayor of Chicago et al., appellants.   Gen. No. 32,636.**

Opinion filed October 8, 1928.

Samuel A. Ettelson, Corporation Counsel, for appellants; James I. McCarthy, *pro se,* and Roy S. Gaskill, Assistant Corporation Counsel, of counsel.   Stebbins, L'Amoreaux & Hurtubise, for appellees; J. E. Hurtubise and Paul C. L'Amoreaux, of counsel.

Per curiam.

**Sarah E. McDonald and George T. McDonald, plaintiffs in error, v. Lewis E. Bartlett, defendant in error.   Gen. No. 32,499.**

Opinion filed October 11, 1928.

T. Renfroe Eaton, for plaintiffs in error; Henry C. Ferguson, of counsel.   Hoover & Cody, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Sam Stepkin, appellee, v. M. E. Shankman and S. Kastil, appellants. Gen. No. 32,512.**

Opinion filed October 11, 1928.

Gallagher, Shulman & Abrams, for appellants.   Maxwell Landis, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Charles Schlosser, appellee, v. Chicago & North Western Railway Company, appellant.   Gen. No. 32,521.**

Opinion filed October 11, 1928.   Rehearing denied October 23, 1928.

Nelson J. Wilcox, Nelson Trottman and I. C. Belden, for appellant. Joseph M. Connery, J. J. Cooke and M. S. Connery, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.